No.1424021

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | OF HOPKINS COUNTY, TEXAS |
| | * | |
| CLAYTON DELANEY BOYKIN | * | 8th JUDICIAL DISTRICT |

FILED
JUN 22 2016
Cheryl Fulcher
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/24/2016 9:14:01 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW CLAYTON DELANEY BOYKIN, Defendant in the above entitled and numbered cause and files this Notice of Appeal and moves the Court to appoint an attorney to assist him.:

The Court granted the State's Motion to Proceed, the Defendant is interested in pursuing his right to appeal.

WHEREFORE, PREMISES CONSIDERED, the Defendant is indigent and prays that the Court appoint an attorney to assist him, and for such other relief to which he may be entitled.

Respectfully submitted,

FRANK R. HUGHES
Attorney at Law
P. O. Box 8145
Greenville, Texas 75404
903/456-2703
State Bar No.: 10236500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served on the attorney for the State of Texas on the ____ day of _____, 2016.

FRANK R. HUGHES



NO. 1424021

THE STATE OF TEXAS

V.

*Clayton Delaney Boykin*
Defendant

IN THE DISTRICT COURT

8TH JUDICIAL DISTRICT

HOPKINS COUNTY, TEXAS

FILED

AT 5:13 o'clock

JUN 2 0 2016

_____
DISTRICT CLERK
HOPKINS CO., TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

__✓__ is not a plea bargain case, and the defendant has the right of appeal.

_____ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.

_____ is a plea bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.

_____ is a plea bargain case, and the defendant has NO right of appeal.

_____ the defendant has waived the right of appeal.

_____
Judge

_____6/20/2016_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. 1R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am, entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant
Mailing address:
Telephone number:
Fax # (if any):

_____
Defendant's Counsel
State Bar of TX ID #
Mailing address:
Telephone number:
Fax # (if any)

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case — that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).

No. 1424021

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | * | IN THE 8th DISTRICT COURT | |
| | * | | |
| VS. | * | OF | |
| | * | | |
| CLAYTON BOYKIN | * | HOPKINS COUNTY, TEXAS | |

FILED AT 1:35 o'clock P M

JUN 22 2016

Cheryl Fulcher
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW Frank R. Hughes, attorney of record for Clayton Boykin, Defendant in the above entitled and numbered cause and files this Motion to Withdraw and would show:

1.     The attorney herein has previously appeared before the court representing the named defendant.  The Court granted the State's Motion to Proceed, from that ruling the Defendant wishes to Appeal.  The attorney requests permission to withdraw from further representation of the Defendant.

WHEREFORE, PREMISES CONSIDERED, the Defendant requests and prays that the Court grant this motion and for such other relief to which he may be entitled.

Respectfully submitted,

FRANK R. HUGHES
Attorney at Law
P. O. Box 8145
Greenville, Texas 75404
903/456-2703
State Bar No.: 10236500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw was served on the attorney for the State of Texas on the 22 day of June, 2016.

FRANK R. HUGHES

No.   1424021

THE STATE OF TEXAS       *      IN THE 8th DISTRICT COURT

                             *

VS.                            *            OF

                             *

CLAYTON BOYKIN        *      HOPKINS COUNTY, TEXAS

## ORDER MOTION TO WITHDRAW

Be it remembered that on the 22 day of June, 2016 came on to be heard the Defendant's Motion to Withdraw, filed by trial counsel, that Motion is hereby

GRANTED/~~DENIED~~

_____
JUDGE PRESIDING

FILED
AT 1:30 o'clock P M
JUN 2 2 2016
Cheryl Fulcher
DISTRICT CLERK
HOPKINS COUNTY TEXAS